**Julian Grant CHILDS, Petitioner-Appellant,**

**v.**

**UNITED STATES of America; Eric D. Wilson, Respondents-Appellees.**

No. 17-7373

United States Court of Appeals, Fourth Circuit.

Submitted: February 22, 2018

Decided: February 27, 2018

Julian Grant Childs, Appellant Pro Se.

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Julian Grant Childs, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *See Childs v. United States*, No. 1:17-cv-00714-LMB-JFA (E.D. Va. Aug. 30, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the ma-

terials before this court and argument would not aid the decisional process.

*AFFIRMED*